IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **DOCKET NO. 4:13CR00029-1,** |
| | ) | **4:13CR00069-1** |
| **RICO LAVON EDWARDS** | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On May 7, 2013, Defendant pled guilty to Count 1 of Indictment 4:13CR00029-1 and Count 3 of Information 4:13CR00069-1 charging him with armed bank robbery and interference with commerce by robbery, respectively. On September 24, 2013, the Honorable B. Avant Edenfield, United States District Judge for the Southern District of Georgia, sentenced the Defendant to one hundred and fifty (150) months of confinement as to each count, concurrent.

Upon receiving the motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

The Court is satisfied that Defendant provided substantial assistance to the Government; however, the Court notes that Defendant's involvement in the instant offenses involved Defendant and a coconspirator robbing a bank while armed with firearms. Less than two weeks later, Defendant, again armed with a handgun, robbed a business while his coconspirator remained in the store's parking lot.

The Court also recognizes the significance of Defendant's cooperation. Defendant testified before the Grand Jury regarding the coconspirator who was named in a related indictment. Defendant met with investigators on several occasions and provided information that was beneficial to the Government in obtaining a conviction as to his co-conspirator.

The Court has necessarily considered the Defendant's conduct while in the custody of the Bureau of Prisons. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment imposed in the Defendant's case pursuant to Federal Rules of Criminal Procedure 35(b) is hereby **GRANTED**.

It is the judgment of this Court that the imprisonment sentence imposed on September 24, 2013, is reduced by forty-eight (48) months to one hundred two (102) months. This sentence is comprised of concurrent terms of one hundred two (102) months as to each of Count 1 of Indictment 4:13CR00029-1 and Count 3 of Information 4:13CR00069-1, to be served concurrently. All other provisions of the original sentence remain the same.

**SO ORDERED** this 23 day of September, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA